| | |
|---|---|
| GREGORY EUGENE HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>DR. ARYAD, et al.,<br><br>Defendants. | Case No. 1:20-cv-00038-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Gregory Eugene Howard is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 7, 2020, Plaintiff initiated this action by filing a complaint, (ECF No. 1), and a motion to proceed *in forma pauperis*, (ECF No. 2). In his complaint, Plaintiff alleges violations of his civil rights by defendants. The alleged violations took place at California State Prison, Sacramento in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's pending motion to proceed *in forma pauperis*.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>   United States District Court
>   Eastern District of California
>   501 "I" Street, Suite 4-200
>   Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's pending motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **January 10, 2020**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2